To whom it may concern,

06- 66

To comply with D.C.C. Rules, I had to send the $5.00 separate from this paperwork. If it's not there already it will be there soon. Thank you for your time.

Thanks,

*Andrew Warrington*

Andrew Warrington
#339043

FILED
JAN 31 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



I/M Andrew Waccington
SBI# 329693 UNIT D/W A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of the Clerk
U.S. District Court
844 N. King St Lockbox 18
Wilmington, DE 19801

U.S.M.S. X-RAY

Pg-70 Attached