To: U.S. District Court
District of Delaware
Judge Gary M. Sleet

Warrington v. Carroll et al
Case Number 1:06-cv-66
(GMS)

From: Andrew E. Warrington
SBI #00339043
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977



F I L E D

FEB 2 2 2006
BD scanned

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Date: 2/18/06
RE: An amendment in brief form, further explaining the claims already put forth.

This letter is written to inform the Court of the petitioner's forthcoming amendment to the already filed writ of habeas corpus. The amendment will be in the form of a concise brief stating specific facts supporting the petitioner's claim. The brief was not included with the original writ due to the time constraint contained in 28 U.S.C. § 2244(d), as well as the limited access that the petitioner has to the Law Library. As the petitioner understands the Federal Court Habeas Corpus Rules Section 2254 Rule 11, Federal Court Civil Rules apply to the extent that they are not inconsistent with any statutory provisions or Federal Court Habeas Corpus Rules. Civil Rule 15 allows for an amendment before a responsive pleading is served. The petitioner requests that judgement or dismissal be reserved until the brief has been reviewed. It will be photocopied and mailed on 2/22/06. Thank You for your time and consideration.



I/M Andrew E. Worrington

SBI# 00339043 UNIT D/w A-3

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Office of the Clerk

United States District Court

844 N. King Street, Lockbox 18

Wilmington, DE

19801-3570