To: Clerk of the U.S. District Court

From: Andrew E. Warrington
SBI# 00339043
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Case Number: 1:06-CV-66 (GMS)

Dated: 2-22-06
RE: This amendment to the record in the form of a memorandum

Here in is an amendment to be added to the record. There are no new claims, but the previous claims are further explained with the hope of obtaining an evidentiary hearing. Thank you for your time.

*/s/ Andrew E. Warrington*

FILED
FEB 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE