To: Clerk of the District Court of Delaware

From: Andrew E. Warrington
SBI # 339043
D.C.C.
1181 Paddock Rd.
Smyrna, DE 19977

RE: AEDPA Election Form                                     06-66 (GMS)

Date: 4-8-06

    Enclosed is the required AEDPA Election Form. It is signed to proceed as currently pending under the assumption that the brief sent after the petition, intended to further explain the claims already put forth, is included on the record.

    Also, could you please send me a form for consent to proceed in front of a Magistrate, as the law library here does not carry them.

Thank You,
Andrew Warrington

