IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDREW E. WARRINGTON,           )
                                )
        Petitioner,             )
                                )
v.                              )   Civil Action No. 06-066-GMS
                                )
THOMAS CARROLL,                 )
Warden, and CARL C.             )
DANBERG, Attorney               )
General of the State of         )
Delaware,                       )
                                )
        Respondents.            )



**AEDPA ELECTION FORM**

1.  __X__   I wish the Court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2.  _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____     I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See Swartz v. Meyers, 204 F.3d 417 (3d Cir. 2000).

4. _____     I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner

I/M Andrew E. Warrington
SBI# 339043  UNIT  SD
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
10 APR 2006 PM 3 T

U.S. MAIL
X-RAY

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE  19801-3570