IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

ANDREW E. WARRINGTON,        )
                             )
          Petitioner,        )
                             )
v.                           )      Civil Action No. 06-066-GMS
                             )
THOMAS CARROLL,              )
Warden, and CARL C.          )
DANBERG, Attorney            )
General of the State of      )
Delaware,                    )
                             )
          Respondents.       )


**O R D E R**

At Wilmington this 25ᵗʰ day of _April_ , 2006, the petition of

Andrew E. Warrington for a Writ of Habeas Corpus having been reviewed

pursuant to Rule 4, 28 U.S.C. foll. § 2254;

IT IS HEREBY ORDERED that:

1.  Pursuant to Rules 3(b) and 4, 28 U.S.C. foll. § 2254, the

clerk shall forthwith serve a copy of the petition (D.I. 1), the order

dated March 30, 2006 (D.I. 7), the AEDPA election form (D.I. 9), and

this order upon: (1) the above-named Warden of the facility in which

petitioner is housed; and (2) the Attorney General of the State of

Delaware.

2.  Within **forty-five (45) days of service** of the petition and

this order, in accordance with Rule 5, 28 U.S.C. foll. § 2254,

respondents shall:

     a.  State whether the petitioner has exhausted his state

remedies including any post-conviction remedies available to him under the statutes or procedural rules of the State and including also his right of appeal both from the judgment of conviction and from any adverse judgment or order in the post-conviction proceeding;

b.  State whether any claim in the petition is barred by a procedural bar, non-retroactivity, or the statute of limitations;

c.  Respond to the allegations of the petition;

d.  Indicate what transcripts (of pretrial, trial, sentencing, and post-conviction proceedings) are available, when they can be furnished, and also what proceedings have been recorded and not transcribed;

e.  Attach to the answer certified copies of such portions of the transcripts as may be material to the questions raised in the petition, as well as certified copies of the petitioner's brief(s) on appeal (direct and/or post-conviction) and of the opinion(s) of the appellate court, if any.

3.  The clerk shall mail a copy of this order forthwith to the petitioner.

_____
UNITED STATES DISTRICT JUDGE

2