D.I. #_____

# CIVIL ACTION
# NUMBER: 06-66

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.20 |
| Certified Fee | 2.40 |
| Return Receipt Fee (Endorsement Required) | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.45 |

Postmark Here — WILMINGTON DE 19801 — RODNEY SQ STA

7005 1820 0004 3164 5988

Sent To: WARDEN TOM CARROLL DELAWARE CORRECTIONAL CENTER
Street, Apt No.: 1181 PADDOCK RD.
or PO Box No.
City, State, ZIP+4: SMYRNA, DE 19977

06-66 GMS

PS Form 3800, June 2002                    See Reverse for Instructions