**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **ANDREW E. WARRINGTON**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-66-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

**MOTION FOR EXTENSION OF TIME**

Pursuant to Rule 6 of the Federal Rules of Civil Procedure, respondents move for an extension of time in which to file an answer to the petition. In support thereof, respondents state the following:

1.      The petitioner, Andrew E. Warrington, has applied for federal habeas relief, challenging his 2001 conviction by a Superior Court jury for first degree murder, possession of a deadly weapon during the commission of a felony, and first degree conspiracy. D.I. 1. By the terms of the Court's order, the answer is due to be filed on June 19, 2006.

2.      Counsel for respondents has been, and continues to be, diligently working on numerous cases before this Court and the state courts, including other first degree murder cases. However, the departure of three deputies from the Appeals Division has increased the workload for the few remaining attorneys. Two new deputies have accepted positions in the Appeals Division, but one will not be able to begin work until July, and the other will begin in August. In light of the situation, additional time is needed to complete the answer and have it reviewed in the ordinary course of business.

3.      Under Habeas Rule 4, the Court has the discretion to give respondents an extension of time exceeding the 40-day limit in Civil Rule 81(a)(2).  *Clutchette v. Rushen*, 770 F.2d 1469, 1473-74 & n.4 (9th Cir. 1985); *Kramer v. Jenkins*, 108 F.R.D. 429, 431-32 (N.D. Ill. 1985).  The comment to Rule 4 expressly states that the district court has "the discretion to take into account various factors such as the respondent's workload" in determining the period of time that should be allowed to answer the petition.

4.      This is respondents' first request for an extension of time in this case.

5.      Respondents submit that an extension of time to and including July 21, 2006, in which to file an answer is reasonable.  Respondents submit herewith a proposed order.


/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759

DATE: June 14, 2006

**RULE 7.1.1 CERTIFICATION**

I hereby certify that I have neither sought nor obtained the consent of the petitioner, who is

incarcerated and appearing *pro se*, to the subject matter of this motion.


/s/ Elizabeth R. McFarlan
Deputy Attorney General

Counsel for Respondents



Date:  June 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006, I electronically filed a motion for extension of time and

attachments with the Clerk of Court using CM/ECF.  I also hereby certify that on June 14, 2006, I

have mailed by United States Postal Service, the same documents to the following non-registered

participant:

> Andrew E. Warrington
> SBI No. 339043
> Delaware Correctional Center
> 1181 Paddock Road
> Smyrna, DE 19977

> /s/ Elizabeth R. McFarlan
> Deputy Attorney General
> Department of Justice
> 820 N. French Street
> Wilmington, DE 19801
> (302) 577-8500
> Del. Bar. ID No. 3759
> elizabeth.mcfarlan@state.de.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **ANDREW E. WARRINGTON**, | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | Civ. Act. No. 06-66-GMS |
| | : | |
| **THOMAS L. CARROLL**, | : | |
| Warden, and **CARL C. DANBERG**, | : | |
| Attorney General for the State of Delaware, | : | |
| | : | |
| Respondents. | : | |

## ORDER

This _____ day of _____, 2006,

WHEREAS, respondents having requested an extension of time in which to file an answer, and

WHEREAS, it appearing to the Court that the requested extension is timely made and good cause has been shown for the extension,

IT IS HEREBY ORDERED that respondents' answer shall be filed on or before July 21, 2006.

_____
United States District Judge