**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **ANDREW E. WARRINGTON**, | : |
| | : |
| Petitioner, | : |
| | :+ |
| v. | : Civ. Act. No. 06-66-GMS |
| | : |
| **THOMAS L. CARROLL**, | : |
| Warden, and **CARL C. DANBERG**, | : |
| Attorney General for the State of Delaware, | : |
| | : |
| Respondents. | : |

**NOTICE OF FILING OF STATE COURT RECORDS**

1.  Notice is hereby given that certified copies of the following Delaware Supreme Court documents have been manually filed with the Court and are available in paper form only:

    a.  Appellants' Opening Brief & Appendix  (No. 34, 2005)

    b.  State's Answering Brief & Appendix (No. 34, 2005)

    c.  Order (Jan. 24, 2006) (No. 34, 2005).

2.  Notice is also hereby given that a certified copy of the Delaware Superior Court Criminal Docket in ID No. 0008014979 has been manually filed with the Court and is available in paper form only.

/s/ Elizabeth R. McFarlan
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 3759
elizabeth.mcfarlan@state.de.us

August 11, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2006, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein. I also hereby certify that on August 11, 2006, I have mailed by United States Service, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

    Andrew E. Warrington
    SBI No. 339043
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

    /s/ Elizabeth R. McFarlan
    Deputy Attorney General
    Department of Justice
    820 N. French Street
    Wilmington, DE 19801
    (302) 577-8500
    Del. Bar. ID No. 3759
    elizabeth.mcfarlan@state.de.us