IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Andrew E. Warrington      <*>

    Petitioner,

        V.      <*> Case Number: 1:06-CV-66

Carroll et al      (GMS)

    Respondents.      <*>

---

## MOTION FOR PERMISSION TO REPLY

    Comes Now the petitioner, Andrew E. Warrington, pro se, moves this Honorable Court to grant permission to the petitioner to file a traverse for the following reasons:

1. The respondent has made numerous clerical errors that if left uncorrected could lead to continued civil death for the petitioner and his brother.

2. The traverse will be brief and will only address those points in which the respondent has erred in either fact or opinion.

3. The traverse will not be an attempt to "sandbag", but it will bring to light all errors.

    Therfore, petitioner requests permission from the Honorable Court to file a traverse.

                                                         */s/ Andrew E. Warrington*

                                                          Andrew E. Warrington,

                                                                          pro se

                                        DCC

                                        1181 Paddock Rd.

                                        Smyrna, DE 19977

## Certificate of Service

I, _Andrew E. Warrington_, hereby certify that I have served a true And correct cop(ies) of the attached: _Motion for Permission To Reply_ _____ upon the following parties/person (s):

TO: _Office of the Clerk_
_United States District Court_
_844 N. King Street, Lockbox 18_
_Wilmington, DE 19801-3570_

TO: _Elizabeth R. McFarlan_
_Deputy Attorney General_
_Department of Justice_
_820 N. French Street_
_Wilmington, DE 19801_

TO: _____

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this _29th_ day of _August_, 200_6_

_Andrew Warrington_

I/M Andrew Warrington
SBI# 339043    UNIT D/w A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
30 AUG 2006 PM 2 T

U.S.M.S
X-RAY

Office of the Clerk
United States District Court
844 N. King St. Lockbox 18
Wilmington DE
19801-3570