IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

&lt;*&gt;

Andrew E. Warrington          &lt;*&gt;

    Petitioner,

                                 Case Number: 1:06-CV-66

                                       (GMS)

    V.                       &lt;*&gt;

Carroll et al

                                   EVIDENTIARY HEARING

    Respondents.            &lt;*&gt;

                                   REQUESTED

Scanned- BD 9/13/06

FILED

SEP 13 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

PETITIONER'S TRAVERSE

Dated: 9/1/06

Andrew E. Warrington, pro se

SBI# 00339043

DCC

1181 Paddock Road

Smyrna, DE  19977

## TRAVERSE

Contrary to the respondent's claim, the petitioner, Andrew "Drew" Warrington, and his brother Robert "Wes" Warrington, were arrested on August 18, 2000. The brothers had been interrogated (immediately following the incident) and were subsequently released on August 14, 2000, and four days later were told that they must turn themselves in, which they promptly did.

Furthermore, the respondent has compounded the error made by the Delaware Supreme Court during its summation of the facts. Both claim that the brothers claim to have gained the upper hand as the fight proceeded up the stairs, away from the front door, as Mr. Pecco chased "Drew". The petitioner and his brother have always maintained that they only gained the upper hand after "Wes" attempted to call for help, downstairs, and that the only act of violence that occured afterward was "Wes" kicking Mr. Pecco in the face out of anger and certainly not in cold blood.

The most frightening error to be made by both the Delaware Supreme Court and the respondents, in regards to their summation of the facts: Both state that "Drew" claimed to have dialed for help, when in fact "Wes" has always claimed and in fact did call for help by dialing "911". "Drew" has never made this claim. This is not a simple error, but proof that this petitioner's claim has yet to recieve adequate consideration. The petitioner is confident that this Honorable Court is the venue in which he will recieve the consideration that is due to this case.

Under the AEDPA, a federal court is not required to order a hearing where a petitioner has failed to develop the facts in state court. In such cases, the federal court accords a presumption of correctness to the facts found by the state court, and need not hold any evidentiary hearing unless those facts are rebutted by clear and convincing evidence.

Also, the writ will not be granted unless the lower court's decision is found to be unreasonable. Compounded with this, the petitioner must show cause and prejudice to overcome any procedural defaults. The cause remains the same. The petitioner was the victim of a detrimental reliance by way of his dependence on Trial Counsel. As soon as the petitioner was forced to continue pro se, he has attempted to navigate the labyrinth that is the Law, and has done everything in his power to bring these claims to this Honorable Court.

The facts have already been put forth. The lower court's decision is unreasonable, a conclusion drawn on the evidence. The sweatshirts were improperly collected, and it is not unreasonable to expect one's counsel to examine key evidence before the trial. The petitioner is leary of rehashing the same arguments. To date, the process of appeals has been below standard. Switching names in key places, just like switching evidence in key places, is unacceptable and representative of the entire journey that has lead to this petitioner's civil death.

CONCLUSION

In light of the aforementioned, the petitioner requests an evidentiary hearing be ordered so that the errors of Constitutional Dimensions can be further explored and redressed.

Dated: 9/1/06

Andrew E. Warrington, pro se
SBI# 00339043
DCC
1181 Paddock Road
Smyrna, DE   19977

# Certificate of Service

I, __Andrew E. Warrington__, hereby certify that I have served a true And correct cop(ies) of the attached: __Petitioner's Traverse__ _____ upon the following parties/person (s):

TO: __Office of the Clerk__
__United States District Court__
__844 N. King Street, Lockbox 18__
__Wilmington, DE 19801-3570__
_____

TO: __Elizabeth R. McFarlan__
__Deputy Attorney General__
__Dept. of Justice__
__820 N. French Street__
__Wilmington, DE 19801__

TO: _____
_____
_____
_____
_____

TO: _____
_____
_____
_____
_____

BY PLACING SAME IN A SEALED ENVELOPE, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this __9th__ day of __September__, 200__6__

__Andrew Warrington__




Andrew Warrington
#339043   UNIT D/W A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
U.S. District court
844 N. King St. Lockbox 18
Wilmington, DE
19801-3570