IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANDREW E. WARRINGTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 06-66-GMS |
| | ) |
| THOMAS L. CARROLL, | ) |
| Warden, and CARL C. | ) |
| DANBERG, Attorney General | ) |
| for the State of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 28th day of Sept, 2006;

IT IS ORDERED that:

The State's motion to consolidate this proceeding, Civ. Act. No. 06-66-GMS, with Civ. Act. No. 06-67-GMS, is DENIED. (D.I. 19.)

UNITED STATES DISTRICT JUDGE

FILED

SEP 29 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE