IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ROBERT W. WARRINGTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. A. No. 06-66-GMS |
| | ) |
| THOMAS L. CARROLL, | ) |
| Warden, and CARL C. | ) |
| DANBERG, Attorney General | ) |
| for the State of Delaware, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 26th day of January, 2007;

IT IS ORDERED that:

Petitioner Robert W. Warrington's motion for permission to reply is DENIED as moot. (D.I. 21) Warrington filed his reply, and the court will consider the reply in its review of Warrington's § 2254 petition.

_____
UNITED STATES DISTRICT JUDGE

FILED

JAN 26 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE