IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Andrew E. Warrington** <br> Plaintiff | ) ) ) ) ) | Civil Action No. **1:06-cv-66** <br> **(GMS)** |
| v. | ) ) ) ) ) | |
| **Elizabeth E. Burris**, et.al. <br> Defendants | ) ) ) ) ) | |

### NOTICE OF SUBSTITUTION OF PARTIES

**Comes Now the Plaintiff,** Andrew E. Warrington, who gives notice by the Federal Civil Rule 25(d) of the substitution of parties:

1. Defendant Thomas Carroll, Warden of the Delaware Correctional Center, having been promoted to the position of Deputy Commissioner of the Department of Corrections, on or about September 5, 2007, is to be substituted ***in his official capacity*** with Elizabeth E Burris, Acting Warden of the Delaware Correctional Center.

Date: 9/27/07

Andrew E. Warrington
SBI# 339043
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

RECEIVED
OCT - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **Andrew E. Warrington**<br>Plaintiff | )<br>)<br>)<br>)<br>) | Civil Action No. **1:06-cv-66**<br>**(GMS)** |
| V. | )<br>)<br>)<br>) | |
| **Elizabeth E. Burris**, et.al.<br>Defendants | )<br>)<br>)<br>) | |

## ORDER

    IT IS HEREBY ORDERED, this _____ day of _____, 200\_\_, That Elizabeth E. Burris is named substituted party for Thomas Carroll in her official capacity as Acting Warden for the Delaware Correctional Center.

    It is further ordered that:

_____
_____
_____
_____
_____
_____

                                                                                                   _____
                                                                                                    Judge

Certificate of Service

I, **Andrew E. Warrington**, hereby certify that I have served a true and correct copy of the attached **Notice of Substitution of Parties** upon the following:

To: Elizabeth R. McFarlan
Deputy Attorney General
Dept. of Justice
820 N. French Street
Wilmington, DE 19801

**BY PLACING THE SAME IN A SEALED ENVELOPE**, and depositing same in the United States Mail at the Delaware Correctional Center, Smyrna, DE 19977.

On this 27th day of September, 2007

Andrew E. Warrington, Plaintiff
SBI# 339043
1181 Paddock Road
Smyrna, DE 19977

I/M Andrew Warrington
SBI# 339043   UNIT D/W A-3
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, DE
19801-3570

