Andrew E. Warrington
SBI # 339043
JTVCC
1181 Paddock Rd.
Smyrna, DE 19977

July 23, 2008

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

    I am writing to request information regarding the status of Case Number 1:06-CV-66 (GMS). It has been a very long time since I last heard from the court, and I am worried that a decision was made without my knowledge. Thank you for your time.

Respectfully,

*Andrew Warrington*

Andrew Warrington



FILED
JUL 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I/M Andrew Warrington
SBI# 529613   UNIT D/W A-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

WILMINGTON DE 197
25 JUN 2008 PM 1 L

Office of the Clerk
United States District Court
844 N King Street, Lockbox 18
Wilmington, DE
19801-3570

19801435770